UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILMINGTON TRUST COMPANY, a Delaware corporation, acting in its capacity as Owner Trustee of AEGCO Trust 1, and not in its individual capacity, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>AEP GENERATING COMPANY, an Ohio corporation, and INDIANA MICHIGAN POWER COMPANY, an Indiana corporation,<br><br>Defendants. | Case No. 2:13-CV-01213<br><br>Chief Judge Sargus<br><br>Magistrate Judge Vascura |

### STIPULATED ORDER TO STAY PROCEEDINGS

This Stipulated Order To Stay Proceedings is stipulated and agreed to on this 14th day of August 2019, by the parties in the above-captioned case. The parties hereto agree and the Court orders as follows:

1. **WHEREAS**, the Court stayed proceedings in this case pending the Court's resolution of AEP Generating Company's motion to modify the Consent Decree that was pending in the related environmental action, Case Number 2:99-cv-1182 at ECF Nos. 569, 575.

2. **WHEREAS**, the Court ordered the parties to jointly request a scheduling conference and file a proposed case schedule setting forth any jointly proposed deadlines, as well as areas of disagreement, within thirty days after the Court's resolution of AEP Generating Company's motion to modify the Consent Decree.

3. **WHEREAS**, the Consent Decree from the related environmental action was modified on July 17, 2019, Case Number 2:99-cv-1182 at ECF No. 606;

4. **WHEREAS**, the parties are engaged in ongoing settlement discussions;

5. **NOW THEREFORE**, the parties stipulate and agree to a stay of the proceedings in this case for 60 days.  In the event the parties are unable to reach a mutually agreeable settlement, the parties further agree to jointly request a scheduling conference and file a proposed case schedule setting forth any jointly proposed deadlines, as well as areas of disagreement, at the end of the 60-day stay period.

DATED:    August 14, 2019

| | |
|---|---|
| **/s/ Stephen E. Chappelear, per auth.** | **/s/ James B. Hadden** |
| Stephen E. Chappelear, Trial Attorney (0012205) | James B. Hadden (0059315), Trial Attorney |
| FROST BROWN TODD LLC | MURRAY MURPHY MOUL + BASIL LLP |
| 10 West Broad Street, Suite 2300 | 1114 Dublin Road |
| 10 West Broad Street, Suite 2300 | Columbus, Ohio 43215 |
| Columbus, OH 43215-3467 | hadden@mmmb.com |
| Phone: (614) 464-1211 | |
| Facsimile: (614) 464-1737 | Peter Calamari |
| SChappelear@fbtlaw.com | Rollo Baker |
| | Jared E. Ruocco |
| | Brian Campbell |
| Edward J. Shapiro | QUINN EMANUEL URQUHART & |
| LATHAM & WATKINS LLP | SULLIVAN, LLP |
| 555 Eleventh Street, NW, Suite 1000 | 51 Madison Avenue, 22nd Floor |
| Washington, DC 20004-1304 | New York, New York 10010-1601 |
| Phone: (202) 637-2200 | Phone: (212) 849-7000 |
| Facsimile: (202) 637-2201 | Facsimile: (212) 849-7100 |
| edward.shapiro@lw.com | petercalamari@quinnemanuel.com |
| | rollobaker@quinnemanuel.com |
| | jaredruocco@quinnemanuel.com |
| | briancampbell@quinnemanuel.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 14, 2019, the foregoing was electronically filed using the Court's CM/ECF System.  Notice of and access to this filing will be provided through the CM/ECF System.

  /s/ James B. Hadden
  James B. Hadden