**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| WILMINGTON TRUST COMPANY, et al., | Case No. 2:13-cv-01213 |
| Plaintiffs, | Judge Sargus |
| v. | Magistrate Judge Vascura |
| AEP GENERATING COMPANY, et al., | |
| Defendants. | |

### STIPULATION AND ORDER OF DISMISSAL

Plaintiffs, Wilmington Trust Company, in its capacity as Owner Trustee of each of AEGCO Trust 1, AEGCO Trust 2, AEGCO Trust 5, I&M Trust 1, I&M Trust 2, and I&M Trust 5 (collectively, "Plaintiffs"), and Defendants, AEP Generating Company and Indiana Michigan Power Company (collectively, "Defendants"), have reached an amicable settlement of the claims in this case in which Defendants have agreed to waive any defenses relating to Plaintiffs' dismissal of this action and subsequent re-filing of this action or filing of a new action on the same or similar theory as this action and subject to the terms set forth in the parties' settlement agreement.

For these reasons, IT IS HEREBY STIPULATED AND ORDERED that the claims in this action are dismissed without prejudice to Plaintiffs asserting the existing claims in a re-filed action or in a new action on the same or similar theory as this action and subject to the terms set forth in the parties' settlement agreement.

IT IS FURTHER STIPULATED AND ORDERED that Defendants are barred from asserting any of the following defenses relating to Plaintiffs' dismissal of this action and subsequent re-filing of this action or filing of a new action on the same or similar theory as this action: any statute of limitation, laches or other time-related defenses arising out of Plaintiffs' dismissal of this action and subsequent re-filing of this action or filing of a new action.

IT IS SO ORDERED.

Dated: May 11, 2021                             s/Edmund A. Sargus, Jr.
                                                EDMUND A. SARGUS, JR.
                                                UNITED STATES DISTRICT JUDGE

STIPULATED TO:
/s/ Russell J. Kutell
Russell J. Kutell, Trial Attorney (0067756)
FROST BROWN TODD LLC
One Columbus, Suite 2300
10 West Broad Street
Columbus, OH 43215-3467
(614) 464-1211
rkutell@fbtlaw.com

Christopher S. Turner
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
(202) 637-2200
christopher.turner@lw.com

*Counsel for Plaintiff Wilmington Trust
Company, in its capacity as Owner Trustee of each of AEGCO Trust 1,
AEGCO Trust 2, AEGCO Trust 5, I&M Trust 1, I&M Trust 2, and I&M Trust 5*

 <u>/s/ James B. Hadden (by russell j. kutell; written authorization on 4/20/2021)</u>
James B. Hadden, Trial Attorney (0059315)
MURRAY MURPHY MOUL & BASIL LLP
1533 Lake Shore Drive
Columbus, OH 43204
(614) 488-0400
hadden@mmmb.coms

Peter Calamari
Rollo Baker
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010 (212)
849-7000
petercalamari@quinnemanuel.com
rollobaker@quinnemanuel.com
*Counsel for Defendants*